_____

No. 96-1406
_____

James Willis,                          *
                                       *
          Appellant,                   *
                                       *
     v.                                *
                                       *  Appeal from the United States
Cranston Mitchell, Chairman/           *  District Court for the
Missouri Parole Board; Michael         *  Eastern District of Missouri.
Nash; Victoria Myers; Pat              *
Smith; Jo Ann Jones; Van Hecke,        *       [UNPUBLISHED]
                                       *
          Appellees.                   *

_____

               Submitted:  October 3, 1996

                  Filed:  October 10, 1996
_____

Before BEAM, HANSEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.
_____

PER CURIAM.


     James Willis-Bey, a Missouri inmate, appeals the district court's[1]
grant of summary judgment to defendants in his 42 U.S.C. § 1983 (1994)
action.  Having reviewed the record and the parties' briefs, we conclude
the judgment of the district court was correct.  Accordingly, we affirm.
See 8th Cir. R. 47B.


     A true copy.


          Attest:


               CLERK, U. S. COURT OF APPEALS, EIGHTH CIRCUIT.

_____

     [1]The Honorable Stephen N. Limbaugh, United States District
Judge for the Eastern District of Missouri.